1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax    (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4  United States Bankruptcy Court
   Central District of California
5

6                                           ) Chapter 13
                                             )
7  CARRIE V PERRY                            ) Case No.: 8:09-bk-10315-RK
                                             )
8                                            ) **NOTICE OF UNCLAIMED DIVIDEND**
                                             ) (Bankruptcy Rule 3011)
9                                            )
                                             )
10                                           )
                                             )
11 ─────────────────────────────────────────

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300654** in the sum of **$855.55**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     CARRIE V PERRY
       2500 E IMPERIAL HWY #201-214
18     BREA, CA 928210000

19

20 Date: February 14, 2010                    _____
                                              Amrane Cohen, Chapter 13 Standing Trustee
21

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0910315 | CARRIE V PERRY ACCT: | XXX-XX-4115 Claim: 00000 | 855.55 | 0.00 | 855.55 |
| | | TOTALS | 855.55 | 0.00 | 855.55 |

CARRIE V PERRY

BALANCE:           [0.00  0/00000]
SSN: XXX-XX-4115   SSN:
ACCT:                        CASE: 0910315
PRINCIPAL:    855.55   INTEREST:    0.00

* DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND AMRANE COHEN APPEARS WHEN VIEWED AT AN ANGLE *

**AMRANE COHEN**  SUNTRUST           64-79           0300654
**CHAPTER 13 TRUSTEE**  800-786-8787    611
CHAPTER 13 TRUSTEE                              Dec 24, 2009
PO BOX 809
ORANGE, CA  92856                      VOID 90 DAYS FROM DATE

                                       *******$855.55

**PAY**   Eight Hundred Fifty Five And 55 / 100 Dollars

**TO THE**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
**ORDER OF**  255 E. TEMPLE STREET
             LOS ANGELES, CA  90012

⑃0300654⑃  ⑃061100790⑃000000575186 2⑃